

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-41,683-04

### EX PARTE RICHARD OWEN TAYLOR, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 0577954-B IN CRIMINAL DISTRICT COURT NO. 4 FROM TARRANT COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to forty years' imprisonment. He did not appeal his conviction.

This is a subsequent application. Applicant challenged this conviction in WR-41,683-01, claiming, among other things, that trial counsel failed to interview witnesses. We denied that application on October 13, 1999. *Ex parte Taylor*, No. WR-41,683-01 (Tex. Crim. App. Oct. 13, 1999) (not designated for publication). Applicant now claims in his first and second grounds that

trial counsel was ineffective and that his sentence violates the Eighth and Fourteenth Amendments. In his third ground, he claims that his rights under the Eighth and Fourteenth Amendments were violated when he was not released to parole.

Applicant's first and second grounds are dismissed. TEX. CODE CRIM. PROC. art. 11.07, § 4. His third ground is denied. Accordingly, this application is dismissed in part and denied in part.

Filed: August 26, 2015
Do not publish